1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6
7
8

TJ TAYLOR,

9                                    Petitioner,

10        v.

11   WILLIAM BARR, et al.,

12                                    Respondents.

CASE NO. C20-898-RSM-BAT

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

13        Petitioner's unopposed motion for extension of time, Dkt. 9, is GRANTED. The Clerk is

14   directed to RE-NOTE the Government's return memorandum and motion to dismiss, Dkt. 6, for

15   September 4, 2020. Petitioner may file a response by August 31, 2020. The Government may file

16   a reply by the noting date.

17        DATED this 23rd day of July, 2020.

18
19
20

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

21
22
23

ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME - 1